UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24509-CIV-ALTONAGA/Reid

JUAN NORENA ANGULO,

      Plaintiff,

v.

PROFESSIONAL PARKING
MANAGEMENT CORPORATION,

      Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon Defendant, Professional Parking Management Corporation's Motion to Consolidate Actions and for Extension of Time to Respond [ECF No. 6], filed on October 2, 2023.  Defendant recently removed this and 15 other related actions.  (*See generally id.*).  Defendant now seeks an order consolidating this case with the earliest filed related action, case number 25-24423-Civ-Smith, as well as an extension of time to file a combined response to all complaints.  (*See generally id.*).  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 6]** is **DENIED**.  The Court cannot consolidate an existing case with a case that is not presently before it.  Should Judge Rodney Smith, the court having jurisdiction over the earliest filed case, accept transfer of this action, then Defendant can file a motion to transfer the case and seek consolidation before Judge Smith.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record